1 | **McGuireWoods LLP**
Matthew C. Kane (SBN 171829)
 Email: mkane@mcguirewoods.com
2 | Michael D. Mandel (SBN 216934)
 Email: mmandel@mcguirewoods.com
3 | John A. Van Hook (SBN 205067)
 Email: jvanhook@mcguirewoods.com
4 | Christopher Killens (SBN 254466)
 Email: ckillens@mcguirewoods.com
5 | 1800 Century Park East, 8th Floor
Los Angeles, California 90067
6 | Telephone: (310) 315-8200
Facsimile: (310) 315-8210
7 |
8 | Attorneys for Defendant
BANK OF AMERICA CORPORATION
9 |
10 | **BAKER LAW PRACTICE**
Chris Baker (SBN 181557)
 Email: cbaker@bakerlp.com
11 | 44 Montgomery Street, Suite 3520
San Francisco, California 94104
12 | Telephone: (415) 433-1064
Facsimile: (415) 520-0446
13 |
14 | Attorneys for Plaintiff
SHERI GARIBALDI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI GARIBALDI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 3:13-CV-02223-SI<br><br>**[~~PROPOSED~~] ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND EXTENSION OF DEADLINE FOR DEFENDANT TO RESPOND**<br><br>**Current Response Deadline: 06/05/13<br>FAC Filing Deadline: 06/18/13<br>Response Deadline: 14 Days After Filing of FAC** |

## [~~PROPOSED~~] ORDER

GOOD CAUSE HAVING BEEN SHOWN, the parties' STIPULATION FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND EXTENSION OF DEADLINE FOR DEFENDANT TO RESPOND is GRANTED. Plaintiff will file her First Amended Complaint on or before June 18, 2013, and Defendant shall file its responsive thereafter within 14 days of the filing of the First Amended Complaint.

IT IS SO ORDERED.

DATE: 6/11/13

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE