**McGuireWoods LLP**
Matthew C. Kane (SBN 171829)
    Email: mkane@mcguirewoods.com
Michael D. Mandel (SBN 216934)
    Email: mmandel@mcguirewoods.com
John A. Van Hook (SBN 205067)
    Email: jvanhook@mcguirewoods.com
Christopher Killens (SBN 254466)
    Email: ckillens@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant
BANK OF AMERICA, N.A.

**BAKER LAW PRACTICE**
Chris Baker (SBN 181557)
    Email: cbaker@bakerlp.com
44 Montgomery Street, Suite 3520
San Francisco, California 94104
Telephone: (415) 433-1064
Facsimile: (415) 520-0446

Attorneys for Plaintiff
SHERI GARIBALDI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI GARIBALDI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 3:13-CV-02223-SI<br><br>**SECOND STIPULATION FOR EXTENSION OF DEADLINE FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT** |

WHEREAS, Plaintiff Sheri Garibaldi ("Plaintiff") filed the above-captioned Complaint in the San Mateo County Superior Court on April 12, 2013;

WHEREAS, Defendant Bank of America Corporation ("BAC") removed this case to the United States District Court for the Northern District of California on May 15, 2013;

WHEREAS, BAC's last day to file a responsive pleading to the Complaint was May 22, 2013;

WHEREAS, on May 22, 2013, the parties stipulated to extend BAC's time within which to respond to Plaintiff's Complaint by two days, up to and including May 24, 2013 (Dkt. 6);

WHEREAS, on May 24, 2013, the parties stipulated to extend BAC's time within which to respond to Plaintiff's Complaint by twelve days, up to and including June 5, 2013 (Dkt. 9);

WHEREAS, on June 5, 2013, Plaintiff filed a First Amended Complaint (Dkt. 15), which, among other things, substituted Bank of America, N.A. ("BANA") for Bank of America Corporation;

WHEREAS, on June 19, 2013, the parties stipulated to extend BANA's deadline to respond to the First Amended Complaint to July 17, 2013 while the parties resolved outstanding issues regarding a potential mediation of this action (Dkt. 17);

WHEREAS, the Parties now have scheduled a private mediation on October 9, 2013;

WHEREAS, BANA intends to respond to the First Amended Complaint by filing a Motion to Dismiss pursuant to FED. R. CIV. P. 12(b) but desires to avoid expending unnecessary resources in engaging in potentially unnecessary motion practice in advance of mediation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and BANA through their respective undersigned counsel that BANA will have an extension, up to and through September 4, 2013, to serve and file its response to the First Amended Complaint.

DATED: July 17, 2013   **McGuireWoods LLP**

By: /s/ Michael D. Mandel
    Michael D. Mandel
    Attorneys for Defendant
    Bank of America, N.A.

DATED: July 17, 2013   **Baker Law Practice**

By: /s/ Chris Baker
    Chris Baker
    Attorneys for Plaintiff
    Sheri Garibaldi

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Susan Illston]*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 17, 2013, at Los Angeles, California.

      /s/ Michael D. Mandel
MICHAEL D. MANDEL