**MCGUIREWOODS LLP**
Matthew C. Kane (SBN 171829)
   Email: mkane@mcguirewoods.com
Michael D. Mandel (SBN 216934)
   Email: mmandel@mcguirewoods.com
John A. Van Hook (SBN 205067)
   Email: jvanhook@mcguirewoods.com
Christopher Killens (SBN 254466)
   Email: ckillens@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant
BANK OF AMERICA, N.A.

**BAKER LAW PRACTICE**
Chris Baker (SBN 181557)
   Email: cbaker@bakerlp.com
44 Montgomery Street, Suite 3520
San Francisco, California 94104
Telephone: (415) 433-1064
Facsimile: (415) 520-0446

Attorneys for Plaintiff
SHERI GARIBALDI

*IT IS SO ORDERED*
*Judge Susan Illston*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI GARIBALDI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 3:13-CV-02223-SI<br><br>**FOURTH STIPULATION FOR EXTENSION OF DEADLINE FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT** |

1   WHEREAS, Plaintiff Sheri Garibaldi ("Plaintiff") filed the above-captioned
2   Complaint in the San Mateo County Superior Court on April 12, 2013;
3   WHEREAS, Defendant Bank of America Corporation ("BAC") removed this
4   case to the United States District Court for the Northern District of California on
5   May 15, 2013;
6   WHEREAS, BAC's last day to file a responsive pleading to the Complaint
7   was May 22, 2013;
8   WHEREAS, on May 22, 2013, the parties stipulated to extend BAC's time
9   within which to respond to Plaintiff's Complaint by two days, up to and including
10  May 24, 2013 (Dkt. 6);
11  WHEREAS, on May 24, 2013, the parties stipulated to extend BAC's time
12  within which to respond to Plaintiff's Complaint by twelve days, up to and including
13  June 5, 2013 (Dkt. 9);
14  WHEREAS, on June 5, 2013, Plaintiff filed a First Amended Complaint (Dkt.
15  15), which, among other things, substituted Bank of America, N.A. ("BANA") for
16  Bank of America Corporation;
17  WHEREAS, on June 19, 2013, the parties stipulated to extend BANA's
18  deadline to respond to the First Amended Complaint to July 17, 2013 while the
19  parties resolved outstanding issues regarding a potential mediation of this action
20  (Dkt. 17);
21  WHEREAS, on July 17, 2013, the parties stipulated to extend BANA's
22  deadline to respond to the First Amended Complaint to September 4, 2013 while the
23  parties worked to schedule a mediation and while the parties worked to exchange
24  various pre-mediation documents and information (Dkt. 19);
25  WHEREAS, on September 3, 2013, the parties stipulated to extend BANA's
26  deadline to respond to the First Amended Complaint to September 17, 2013 while
27  the parties continued to worked to exchange various pre-mediation documents and
28

information (Dkt. 22);

WHEREAS, the Parties have scheduled a private mediation on October 9, 2013;

WHEREAS, BANA has produced substantial documents and data to Plaintiff in connection with the upcoming mediation, including the most recent productions by BANA on September 16 and 17, 2013;

WHEREAS, BANA intends to respond to the First Amended Complaint by filing a Motion to Dismiss pursuant to FED. R. CIV. P. 12(b) but desires to avoid expending unnecessary resources in engaging in potentially unnecessary motion practice in advance of mediation;

WHEREAS, the parties are also discussing a proposal by Plaintiff to file a Second Amended Complaint, and BANA desires to avoid expending unnecessary resources responding to a complaint that may be amended;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and BANA through their respective undersigned counsel that BANA will have an extension, up to and through September 24, 2013, to serve and file its response to the First Amended Complaint.

DATED: September 17, 2013	**MCGUIREWOODS LLP**

By: ___*/s/ John A. Van Hook*___
John A. Van Hook
Attorneys for Defendant
Bank of America, N.A.

DATED: September 17, 2013	**BAKER LAW PRACTICE**

By: ___*/s/ Chris Baker*___
Chris Baker
Attorneys for Plaintiff
Sheri Garibaldi

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2013, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 17, 2013, at Los Angeles, California.

/s/ John A. Van Hook
JOHN A. VAN HOOK