**McGuireWoods LLP**
Matthew C. Kane (SBN 171829)
    Email: mkane@mcguirewoods.com
Michael D. Mandel (SBN 216934)
    Email: mmandel@mcguirewoods.com
John A. Van Hook (SBN 205067)
    Email: jvanhook@mcguirewoods.com
Christopher Killens (SBN 254466)
    Email: ckillens@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant
BANK OF AMERICA, N.A.

**BAKER & SCHWARTZ LAW PRACTICE**
Chris Baker (SBN 181557)
    Email: cbaker@bakerlp.com
44 Montgomery Street, Suite 3520
San Francisco, California 94104
Telephone: (415) 433-1064
Facsimile: (415) 520-0446

Attorneys for Plaintiff
SHERI GARIBALDI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI GARIBALDI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 3:13-CV-02223-SI<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DEADLINE AND HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Current Dates:**<br>Motion Filing Deadline: Feb 13, 2015<br>Motion Hearing Date: Feb. 27, 2015<br><br>**Requested Continued Dates:**<br>Motion Filing Deadline: Feb. 27, 2015<br>Motion Hearing Date: March 13, 2015 |

Plaintiff Sheri Garibaldi ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant" or "BANA"), by and through their respective counsel of record, hereby enter in this SECOND STIPULATION TO CONTINUE FILING DEADLINE AND HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, with reference to the following facts:

WHEREAS, on December 18, 2015, the Court held a further Case Management Conference, and set the current dates for filing and hearing of Plaintiff's motion for preliminary approval of the pending class action settlement (Dkt. #71), including:

- a deadline of January 30, 2015 for Plaintiff to file her motion for preliminary approval of the class action settlement, and
- a hearing date of February 13, 2015 at 9:00 a.m. on Plaintiff's motion for preliminary approval;

WHEREAS, since that date, the Parties have been diligently and cooperatively working to finalize the class action settlement agreement, and Defendant has been gathering substantial updated and supplemental data requested by Plaintiff in connection with the settlement and Plaintiff's motion for preliminary approval;

WHEREAS, despite Defendant's intention to provide Plaintiff will all updated and supplemental data by January 19, 2015, some of the data took longer than anticipated to gather, analyze and produce, and these datasets were produced to Plaintiff on January 21 and 27, 2015;

WHEREAS, Plaintiff has provided Defendant with questions and requested additional information and clarification regarding some of the data provided to Plaintiff, which Defendant is working to provide;

WHEREAS, the Parties have exchanged multiple drafts of the settlement

agreement, with each side providing multiple rounds of proposed revisions, including most recently, Defendant's draft of the settlement agreement provided to Plaintiff on February 9, 2015.

WHEREAS, Plaintiff is diligently working on the latest version of the draft settlement agreement and the parties continue to identify and bargain about certain language and settlement terms. The parties also continue to resolve their disagreements.

WHEREAS, Plaintiff's ongoing deep dive analysis of the tens of millions of cells of excel data provided by the Bank raises additional issues relating to the equitable and rational distribution of the settlement proceeds among class members and, potentially, one or more *cy pres*;

WHEREAS, Plaintiff and Plaintiff's counsel have fiduciary duties to the class, and both parties seek to present the Court with a settlement that anticipates and addresses any potential objections to the settlement;

WHEREAS, the Parties continue to work cooperatively to finalize the settlement agreement, to clarify any outstanding questions regarding the data, and for Plaintiff to prepare and Defendant to review and comment on Plaintiff's motion for preliminary approval of the class action settlement;

WHEREAS, winter break for schools is the week of February 16, 2015 and counsel have school-aged children;

WHEREAS, due to the following circumstances, the Parties request an additional two-week continuance of the deadline for Plaintiff to file her motion for preliminary approval and for the hearing on Plaintiff's motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant through their respective undersigned counsel that the deadline to file and hearing date on Plaintiff's motion for preliminary approval of class action settlement are continued as follows:

1  • February 27, 2015 – Plaintiff's deadline to file her motion for
2    preliminary approval of the class action settlement, and
3  • March 13, 2015 at 9:00 a.m. (or the next hearing date that is
4    convenient for the Court) – hearing date on Plaintiff's motion for
5    preliminary approval.

7  IT IS SO STIPULATED

9  DATED: February 9, 2015          **MCGUIREWOODS LLP**

11                                   By: */s/ John A. Van Hook (with permission)*
12                                           John A. Van Hook
                                             Attorneys for Defendant
13                                           Bank of America, N.A.

14  DATED: February 9, 2015          **BAKER & SCHWARTZ LAW PRACTICE**

17                                   By: */s/ Chris Baker*
                                             Chris Baker
                                             Attorneys for Plaintiff
18                                           Sheri Garibaldi

## [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court, having read and considered the Parties' STIPULATION TO CONTINUE FILING DEADLINE AND HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, and finding good cause in support thereof, the Court hereby orders that the filing deadline and the hearing date is continued as follows:

1. Plaintiff's deadline to file her motion for preliminary approval of the class action settlement is continued to February 27, 2015;
2. The hearing on Plaintiff's motion for preliminary approval of the class action settlement is continued to March 13, 2015 at 9:00 a.m.

DATED: 2/10/15

HON. SUSAN ILSTON
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 9, 2015, at San Francisco, California.

*/s/Deborah Schwartz*
Deborah Schwartz