1 **McGuireWoods LLP**
Matthew C. Kane (SBN 171829)
  Email: mkane@mcguirewoods.com
2 Michael D. Mandel (SBN 216934)
  Email: mmandel@mcguirewoods.com
3 John A. Van Hook (SBN 205067)
  Email: jvanhook@mcguirewoods.com
4 Christopher Killens (SBN 254466)
  Email: ckillens@mcguirewoods.com
5 1800 Century Park East, 8th Floor
Los Angeles, California 90067
6 Telephone: (310) 315-8200
Facsimile: (310) 315-8210
7
Attorneys for Defendant
8 BANK OF AMERICA, N.A.

9

**BAKER & SCHWARTZ, P.C.**
10 Chris Baker (SBN 181557)
  Email: cbaker@bakerlp.com
11 44 Montgomery Street, Suite 3520
San Francisco, California 94104
12 Telephone: (415) 433-1064
Facsimile: (415) 520-0446
13
Attorneys for Plaintiff
14 SHERI GARIBALDI

15

16 **UNITED STATES DISTRICT COURT**

17 **NORTHERN DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| 19 SHERI GARIBALDI, on behalf of herself and all others similarly situated, | CASE NO. 3:13-CV-02223-SI |
| 20   Plaintiff, | **THIRD STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DEADLINE AND HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| 21   vs. | |
| 22 BANK OF AMERICA, NATIONAL ASSOCIATION, and DOES 1 through 10, | |
| 23 | |
| 24   Defendants. | **Current Dates:** Motion Filing Deadline: Feb 13, 2015 Motion Hearing Date: Feb. 27, 2015 |
| 25 | |
| 26 | **Requested Continued Dates:** Motion Filing Deadline: March 6, 2015 Motion Hearing Date: March 20, 2015 |
| 27 | |
| 28 | |

1       Plaintiff Sheri Garibaldi ("Plaintiff") and Defendant Bank of America, N.A.
2 ("Defendant" or "BANA"), by and through their respective counsel of record,
3 hereby enter into this THIRD STIPULATION TO CONTINUE FILING
4 DEADLINE AND HEARING DATE ON PLAINTIFF'S MOTION FOR
5 PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, with
6 reference to the following facts:
7       WHEREAS, on December 18, 2015, the Court held a further Case
8 Management Conference, and set the current dates for filing and hearing of
9 Plaintiff's motion for preliminary approval of the pending class action settlement
10 (Dkt. #71), including:

- a deadline of January 30, 2015 for Plaintiff to file her motion for preliminary approval of the class action settlement, and
- a hearing date of February 13, 2015 at 9:00 a.m. on Plaintiff's motion for preliminary approval;

15       WHEREAS, since that date, the Parties have been diligently and
16 cooperatively working to finalize the class action settlement agreement, and
17 Defendant has been gathering substantial updated and supplemental data requested
18 by Plaintiff in connection with the settlement and Plaintiff's motion for preliminary
19 approval;
20       WHEREAS, in connection with this work, the parties have sought and
21 received two prior two week continuances with respect to the deadline for Plaintiff
22 to file the motion for preliminary approval;
23       WHEREAS, after exhaustive negotiations, the parties' counsel have reached
24 agreement on all material terms of the settlement agreement, have drafted a final
25 agreement, and are in the process of sending the final agreement to their clients for
26 comments and signature;
27       WHEREAS, Plaintiff's counsel has also completed a draft motion for

preliminary approval which it must share with the Bank's counsel for review and comment (but not approval) pursuant to the terms of the Agreement;

WHEREAS, as a result of changes to the Plan of Allocation negotiated by the parties, Plaintiff's counsel is seeking renewed bids from Claims Administrators with respect to administration of the settlement, and expects to receive those bids in the coming days;

WHEREAS, Plaintiff is out of state and unavailable to sign the settlement agreement, but returns on Monday, March 2, 2015.

WHEREAS, due to the following circumstances, the Parties request an additional one-week continuance of the deadline for Plaintiff to file her motion for preliminary approval and for the hearing on Plaintiff's motion.  Counsel for the parties believe that – unless something truly unanticipated occurs - this will be their final request for a continuance as to the deadline to file the preliminary approval motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant through their respective undersigned counsel, that the deadline to file and hearing date on Plaintiff's motion for preliminary approval of class action settlement are continued as follows:

- March 6, 2015 – Plaintiff's deadline to file her motion for preliminary approval of the class action settlement, and
- March 20, 2015 at 9:00 a.m. (or the next hearing date that is convenient for the Court) – hearing date on Plaintiff's motion for preliminary approval.

1  IT IS SO STIPULATED

2

3  DATED: February 26, 2015        **McGuireWoods LLP**

4

5                                  By: */s/ Michael Mandel*
6                                       Michael Mandel
                                         Attorneys for Defendant
7                                        Bank of America, N.A.

8  DATED: February 26, 2015        **Baker & Schwartz, P.C.**
9

10

11                                 By: */s/ Chris Baker*
                                        Chris Baker
12                                      Attorneys for Plaintiff
                                        Sheri Garibaldi
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court, having read and considered the Parties' STIPULATION TO CONTINUE FILING DEADLINE AND HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, and finding good cause in support thereof, the Court hereby orders that the filing deadline and the hearing date is continued as follows:

1. Plaintiff's deadline to file her motion for preliminary approval of the class action settlement is continued to March 6, 2015;
2. The hearing on Plaintiff's motion for preliminary approval of the class action settlement is continued to March 20, 2015 at 9:00 a.m.

```
No further extensions will be granted.
```

DATED: 2/27/15

_____
HON. SUSAN ILSTON
UNITED STATES DISTRICT JUDGE

4

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2015, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and service via transmittal of a Notice of Electronic Filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2015, at San Francisco, California.

*/s/Chris Baker*
Chris Baker